THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR13-135-RAJ |
| Plaintiff, | |
| vs. | ORDER GRANTING *EX PARTE* MOTION TO WITHDRAW AND FOR APPOINTMENT OF CJA COUNSEL |
| DANIEL J. BOCK, | |
| Defendant. | |

THE COURT has considered the *Ex Parte* Motion to Withdraw and for Appointment of CJA Counsel, the accompanying *Ex Parte* Declaration of Counsel, and the records and files in this case.

IT IS NOW ORDERED that the motion (Dkt. # 98) is GRANTED. Assistant Federal Public Defenders Corey Endo and Dennis Carroll, and the Office of the Federal Public Defender, are permitted to withdraw as counsel in this matter, and substitute CJA counsel shall be appointed to represent Defendant Daniel J. Bock.

DATED this 7th day of July, 2021.

*[signature]*

The Honorable Richard A. Jones
United States District Judge

ORDER - 1
(*United States v. Bock*, CR13-135-RAJ)

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**